**SO ORDERED**



PAUL MANNES
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### Greenbelt Division

IN RE:

**SHELTON ANTOINE BURTON**　　　　　　**Case No. 10-20691**
**SHELANDRA LEVETTE-BURTON**　　　　　　**Chapter 11**
　　　　　　Debtors
_____

## ORDER GRANTING MOTION TO EXCUSE LATE FILING
## OF OBJECTION TO DISCLOSURE STATEMENT

UPON CONSIDERATION of the Motion by Secured Creditor, Seterus as servicer for the

Federal National Mortgage Association (hereinafter also referred to as "Seterus"), to excuse the

late filing of Objections to the Debtors' Disclosure Statement herein, cause having been stated, it

is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Motion be and hereby is GRANTED.


Copies to:

L. Jeanette Rice - Debtor's Attorney
Lynn A. Kohen - US Trustee
Scott Robinson - Creditor's Attorney

**END OF ORDER**