

PAUL MANNES
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In Re:  Shelton Antoine Burton
Shelandra Levette-Burton                                       :        Case No. **10-20691**

                                                                                  :        Chapter 11

    Debtor                                                                :
_____

Shelton Antoine Burton
Shelandra Levette-Burton                       :

    Movant                                                                :

    v.                                                                          :

Federal National Mortgage Association,
C/o Seterus, Inc., Servicer                        :

    Respondent                     :
_____

**CONSENT ORDER GRANTING DEBTORS' MOTION TO VALUE COLLATERAL**
**(528 Richwood Avenue, Baltimore, Maryland 21217)**


    Having considered Debtors' Motion to Value Collateral, and the agreement of the

Respondent thereto, and it appearing that proper notice has been given, pursuant to 11 U.S.C. §

506, it is by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the value of the collateral securing Respondent's claim is $42,391.20 and it is further

ORDERED, that to the extent Respondent's claim exceeds the value of its collateral, it is unsecured; and it is further

ORDERED, that at such time as a discharge is granted pursuant to § 1141(d)(5)A), the lien held in favor of Respondent on the property located at **528 Richwood Avenue, Baltimore, Maryland 21217** is void to the extent of Respondent's unsecured claim, and it is further

ORDERED, that the claim of Respondent herein shall be treated under Debtors' plan as an allowed secured claim in an amount not to exceed the value of Respondent's collateral ($42,391.20) and as an allowed, general unsecured claim for the balance; and it is further

ORDERED, that the Debtors shall pay Respondent the amount of $42,391.20 over 258 months at the interest at the rate of 4.5% by agreement of the Parties.

**AGREED AS TO FORM AND SUBSTANCE**:

/s/ Scott R. Robinson
SCOTT R. ROBINSON, Bar No. 10184
Attorneys for Seterus, as servicer for the
Federal National Mortgage Association
9440 Pennsylvania Avenue, Suite 350
Upper Marlboro, Maryland 20772
(301) 599-7700
(301) 599-2100 Facsimile
Usbcnotice@firt-legal.com


/s/ L. Jeanette Rice
L. Jeanette Rice, Esquire No. 12933
WALSH, BECKER, MOODY & RICE
14300 Gallant Fox Lane, Suite 218
Bowie, MD 20715
Tel. (301) 262-6000
E-mail: riceesq@att.net

**CERTIFICATION OF CONSENT**

I HEREBY CERTIFY that the terms of the copy of the Consent Order submitted to the Court are identical to those set forth in the original Consent Order; and the signatures represented by the /s/ line on this copy reference the signatures of consenting parties on the original Consent Order.

                    Respectfully submitted,

                    <u>/s/ L. Jeanette Rice</u>
                    L. Jeanette Rice, Esquire No. 12933
                    WALSH, BECKER, MOODY & RICE
                    Attorney for Debtor

cc:    L. Jeanette Rice, Esquire
       WALSH, BECKER, MOODY & RICE
       14300 Gallant Fox Lane, Suite 218
       Bowie, MD 20715
       *Attorney for Debtors*

       SCOTT R. ROBINSON,
       Attorneys for Seterus, as servicer for the
       Federal National Mortgage Association
       9440 Pennsylvania Avenue, Suite 350
       Upper Marlboro, Maryland 20772

       Lynn A. Kohen
       Office of the U.S. Trustee
       6305 Ivy Lane
       Greenbelt, MD 20770

                            END OF ORDER